# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **BROADCAST MUSIC, INC., ET AL** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiffs, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | CV-16-HA-0130-NW |
| **ANDREW DAVIS, individually and** | ) | |
| **d/b/a FLOBAMA** | ) | |
| Defendant. | ) | |

## Summons in a Civil Action

To:   Andrew Davis
      311 N. Court St.
      Florence, Alabama 35630

      Andrew Davis d/b/a Flobama
      311 N Court St.
      Florence, Alabama 35630

A lawsuit has been filed against you.

Within twenty (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> James P. Pewitt, Esq.
> JAMES P. PEWITT, LLC
> 6 Office Park Circle, Suite 116
> Birmingham, Alabama 35223

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 1/26/16                           SHARON N. HARRIS, CLERK
                                        By:
                                        Deputy Clerk

SEE REVERSE SIDE FOR RETURN

                                        (SEAL OF COURT)

                                        NORTHERN DISTRICT OF ALABAMA
                                        1729 5th Avenue North
                                        Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., ET AL | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiffs, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| ANDREW DAVIS, individually and | ) | CV-16-HA-0130-NW |
| d/b/a FLOBAMA | ) | |
| Defendant. | ) | |

## Summons in a Civil Action

To:   Andrew Davis
      311 N Court St.
      Florence, Alabama 35630

      Andrew Davis d/b/a Flobama
      311 N Court St.
      Florence, Alabama 35630

A lawsuit has been filed against you.

Within twenty (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> James P. Pewitt, Esq.
> JAMES P. PEWITT, LLC
> 6 Office Park Circle, Suite 116
> Birmingham, Alabama 35223

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 1/26/16

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203